# SEALED DOCUMENT

Case 1:07-cr-00001-SLR    Document 1-2    Filed 01/05/2007    Page 1 of 1