**SEALED DOCUMENT**

Case 1:07-cr-00001-SLR    Document 2-2    Filed 01/11/2007    Page 1 of 1