*filed under seal*
*AMT 12/6/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-01-SLR |
| ) | |
| JOSEPH ZUBER, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO UNSEAL**

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the entire file in the above-captioned case.

COLM F. CONNOLLY
United States Attorney

By: _____ for EF
Edmond Falgowski
Assistant United States Attorney

Dated: December 4, 2007

**IT IS SO ORDERED** this ___5th___ day of ___December___, 2007.

_____
HONORABLE SUE L. ROBINSON
United States District Court