# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310



December 18, 2007

Joseph A. Zuber, Jr.
P.O. Box 1360
28 Wades Court
Rehoboth Beach, DE
19971

      **Re: United States v. Joseph Zuber, Jr.**
        **Crim. No. 07-001-SLR**

Dear Mr. Zuber:

  I am in receipt of your letter dated December 17, 2007, wherein you request a change in your sentence from community confinement to home confinement. In response, I note in the first instance that your request comes to me in a form (a letter not a motion) and manner (pro se, rather than through your attorney) which precludes any formal action on my part. Nevertheless, I tell you informally that the sentence you received took into account all the factors you discuss in your letter and accommodates, to the extent I am willing to accommodate, your need to be involved in your business. I will not respond to any further letters on this topic.

            Sincerely,

            Sue L. Robinson

cc: Clerk of Court
   Walter Matthews, U.S. Probation